IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JESSICA WILKERSON<br><br>    Plaintiff<br><br>v.<br><br>NEW MEDIA TECHNOLOGY CHARTER SCHOOL, INC., a/k/a New Media Technology Charter School, and HUGH C. CLARK,<br><br>    Defendants | No. 2:06-CV-02567 |

## DISCLOSURE STATEMENT FORM

Please check one box:

☒ The nongovernmental corporate party, **New Media Technology Charter School, Inc.**, in the above listed civil action does not have any parent corporation and publicly held corporation that owns 10% or more of its stock.

☐ The nongovernmental corporate party, _____, in the above listed civil action has the following parent corporation(s) and publicly held corporation(s) that owns 10% of its stock:

---

JULY 1, 2008
Date

/s/ Debbie Rodman Sandler, Esquire
Signature

Counsel for: New Media Technology Charter School Inc., a/k/a New Media Technology Charter School, and Hugh Clark

**Federal Rule of Civil Procedure 7.1 Disclosure Statement**

(a) Who Must File: Nongovernmental Corporate Party. A nongovernmental corporate party to an action or proceeding in a district court must file two copies of a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

(b) Time for Filing; Supplemental Filing. A party must:

(1) file the Rule 7.1(a) statement with its first appearance, pleading, petition, motion, response, or other request addressed to the court, and

(2) promptly file a supplemental statement upon any change in the information that the statement requires.